964

No. 702, Misc.  WELLER *v.* MARYLAND ET AL.;

No. 708, Misc.  HORNER *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY;

No. 712, Misc.  BURKHART *v.* MARYLAND ET AL.;

No. 716, Misc.  BELL *v.* MARYLAND ET AL.; and

No. 734, Misc.  STONE *v.* TUCK, SHERIFF.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 668.  BEILAN *v.* BOARD OF PUBLIC EDUCATION, SCHOOL DISTRICT OF PHILADELPHIA.  Supreme Court of Pennsylvania, Eastern District.  Certiorari granted. *Edwin P. Rome* for petitioner.  *C. Brewster Rhoads* and *Edward B. Soken* for respondent.

No. 885.  UNITED STATES *v.* MASSEI.  C. A. 1st Cir. Certiorari granted.  *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.  *Richard Maguire* for respondent.

No. 781.  PITTSBURGH-ERIE SAW CORP. *v.* SOUTHERN SAW SERVICE, INC.; and

No. 876.  SOUTHERN SAW SERVICE, INC., *v.* PITTSBURGH-ERIE SAW CORP.  C. A. 5th Cir.  Certiorari denied.  *Edward Hoopes, III* and *M. F. Goldstein* for the Pittsburgh-Erie Saw Corporation.  *Herbert H. Porter* and *Robert B. Troutman* for the Southern Saw Service, Inc.  Reported below: 239 F. 2d 339.

No. 879.  ATTERBURY *v.* RAGEN, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.  *William R. Ming, Jr.* for petitioner.